**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  12-cr-00147-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     VICTOR MANUEL GAMBOA-GAMBOA,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Gamboa-Gamboa is set **Friday, May 4, 2012 at 11:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.




Dated:  April 18, 2012

_____