**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00147-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    VICTOR MANUEL GAMBOA-GAMBOA,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed May 4, 2012), a change of plea hearing regarding Defendant Gamboa-Gamboa is set **Tuesday, May 22, 2012 at 9:30 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: May 7, 2012